UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD L. BLIZZARD, Sr., appearing | ) | |
| as a friend of the court on behalf of | ) | |
| TOM RAJKUMAR, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-40164-RCL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

ORDER OF DISMISSAL

LINDSAY, D.J.

In accordance with this Court's order dated December 20, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: December 20, 2004         By /s/ Barbara Morse
                                    Deputy Clerk